UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK LINDSAY,<br><br>            Plaintiff,<br><br>   v.<br><br>CITY OF WASCO,<br><br>            Defendant. | Case No.: 1:14-cv-00735 --- JLT<br><br>ORDER AFTER NOTICE OF SETTLEMENT<br><br>(Doc. 11) |

On August 11, 2014, Defendant notified the Court that the parties had reached a settlement of the matter. (Doc. 11) Pursuant to Local Rule 160, **IT IS HEREBY ORDERED**:

1. The stipulated request for dismissal **SHALL** be filed no later than **September 19, 2014**;
2. In the stipulated dismissal, the parties **SHALL** indicate whether each consents to magistrate judge jurisdiction[1];
3. All pending dates, conferences and hearings are **VACATED** and any pending motions are ordered **TERMINATED**.

IT IS SO ORDERED.

Dated:   **August 12, 2014**                         /s/ Jennifer L. Thurston
                                                                    UNITED STATES MAGISTRATE JUDGE

---

[1] If the parties choose to consent, there will not be a delay in evaluating the stipulation to dismiss because a Sacramento-based district judge will not need to be assigned to the action.

1