**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FRANK LINDSAY, | ) Case No.: 1:14-cv-00735 JLT |
| Plaintiff, | ) ORDER GRANTING STIPULATION TO DISMISS |
| v. | ) (Doc. 14) |
| CITY OF WASCO, | ) |
| Defendant. | ) |

Before the Court is the stipulated request for dismissal of the entire action. (Doc. 11)  The parties report the matter has been resolved.  Therefore, good cause appearing, the Court **ORDERS**:

1. The matter is **DISMISSED with PREJUDICE**;
2. The Clerk of the Court is DIRECTED to close this matter.

IT IS SO ORDERED.

Dated:   **September 4, 2014**            **/s/ Jennifer L. Thurston**
                                             UNITED STATES MAGISTRATE JUDGE